UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DE JESUS CEPRES FLORES,<br><br>            Petitioner,<br><br>v.<br><br>PATRICK DIVVER, *et al.*,<br><br>            Respondents. | Case No.:  26-cv-216-JO-AHG<br><br>**ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

Petitioner Jose De Jesus Cepres Flores filed a petition for writ of habeas corpus. Dkt. 1. The Court held oral argument on February 2, 2026. The Court finds that it has jurisdiction to review Petitioner's constitutional challenges to his detention for the same reasons stated in its prior decision in *Pacheco v. LaRose*, No. 3:25-CV-2421-JO-AHG, 2026 WL 242300, *2–*3 (S.D. Cal. Jan. 29, 2026). For additional reasons stated on the record, the Court ORDERS as follows:

    1. The Court GRANTS Petitioner's habeas petition [Dkt. 1].

    2. Respondents, within fourteen (14) days of this order, SHALL provide Petitioner with an individualized bond hearing before a neutral immigration

judge where the Government bears the burden of establishing by clear and convincing evidence that Petitioner is a danger to the community or a flight risk that cannot reasonably be addressed by bond or conditional release. *See Singh v. Holder*, 638 F.3d 1196, 1203 (9th Cir. 2011). Respondents SHALL NOT deny Petitioner's bond on the basis that 8 U.S.C. § 1225(b) requires or authorizes mandatory detention. If continued detention is not warranted, the immigration judge must consider Petitioner's financial circumstances and alternatives to bond in setting conditions of release. *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

3. If no hearing occurs within fourteen (14) days of this order, Petitioner SHALL be released from Respondents' custody by 5 p.m. on the fifteenth (15) day following this order.

4. Respondents shall file a declaration by 5 p.m. on February 17, 2026 stating either the results of any bond hearing conducted pursuant to this order or, if no bond hearing was held, confirm that Petitioner has been released.

**IT IS SO ORDERED**.

Dated: February 2, 2026

_____
Honorable Jinsook Ohta
United States District Judge